# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____

No. 2016-2282

_____

VICOR CORPORATION,

*Appellant*,

v.

SYNQOR, INC.,

*Appellee*.

_____

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in Reexamination No. 95/001,853

_____

## UNOPPOSED MOTION OF APPELLEE FOR 14-DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF

_____

Thomas D. Rein
Constantine L. Trela, Jr.
Russell E. Cass
Bryan C. Mulder
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Telephone:  (312) 853-7000

*Counsel for Appellee SynQor, Inc.*

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellee SynQor, Inc. ("Appellee") moves for a 14-day extension of time to file its response brief. Appellee's brief is currently due on December 7, 2016. If Appellee's motion is granted, the deadline will be December 21, 2016.

Good cause exists for a 14-day extension, as set forth in the accompanying declaration of principal counsel for Appellee, Thomas D. Rein. Appellee's counsel of record has significant, preexisting professional commitments, including claim construction briefs, a mediation, and numerous depositions in other matters that limits his ability to devote the necessary time to the preparation of Appellee's brief without the requested extension. In addition, Vicor Corporation, which is the appellee in companion Appeal No. 2016-2288, is moving for a similar 14-day extension in that appeal. Granting this motion would enable these related cases to remain on the same briefing schedule. This is Appellee's first motion for an extension. Appellant has indicated it does not oppose a 14-day extension.

Date: November 16, 2016

Respectfully submitted,

By:/s/ Thomas D. Rein
    Thomas D. Rein
    Constantine L. Trela, Jr.
    Russell E. Cass
    Bryan C. Mulder
    Sidley Austin LLP
    One South Dearborn
    Chicago, IL 60603
    Telephone: (312) 853-7000

*Counsel for Appellee SynQor, Inc.*

# DECLARATION OF THOMAS D. REIN

THOMAS D. REIN declares:

1.      I am principal counsel for Appellee SynQor, Inc. in Appeal No. 2016-2282 pending in this Court.  I am primarily responsible for the preparation of SynQor's brief in this appeal.

2.      I make this Declaration in support of Appellee's unopposed motion for a 14-day extension of time to file Appellee's Response Brief, from Wednesday, December 7, 2016, to Wednesday, December 21, 2016.  The requested extension is needed for the following reasons.

3.      My professional commitments in other matters have limited and will continue to limit my ability to devote the necessary time to the preparation of Appellee's Response Brief.  Among other matters, I am lead counsel for CalAmp Corporation in *ORBCOMM, Inc. v. CalAmp Corporation*, Case No. 3:16-cv-00208, a patent litigation matter proceeding before the U.S. District Court for the Eastern District of Virginia, and have claim construction briefs due in that case on November 17 and December 8, a mediation/settlement conference on November 30 and key depositions in late November/early December.  I am also lead counsel for Owens Corning in *Fast Felt Corporation v. Owens Corning Roofing and Asphalt, LLC*, 3:14-cv-00803, a patent litigation matter proceeding before the U.S. District Court for the Northern District of Ohio, and have claim construction briefs

due on November 17 and December 8 in that case.  I am also lead counsel for

Merck in *Merck Sharp & Dohme Corp. v. Actavis Lab. FL, Inc.*, 2:15-cv-06541-

WHW-CLW, a patent infringement matter proceeding before the U.S. District

Court for the District of New Jersey, and have inventor depositions in mid-

November in that case.  I will need to spend substantial time on these matters.

4.     In addition, this extension would place all briefing for Appeal Nos.

2016-2282, 2016-2283, and 2016-2288 on the same schedule.  These appeals

involve the same parties—SynQor, Inc. and Vicor Corporation—and are related.  I

understand Vicor Corporation is also moving for a 14-day extension of its response

brief in Appeal No. 2016-2288.

5.     On November 11, 2016, counsel for Appellant Vicor Corporation

indicated that it would not oppose a 14-day extension of time for Appellee to file

its response brief.

I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.

Executed on November 16, 2016.

_____/s/ Thomas D. Rein_____

2

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Vicor Corporation _____ v. _____ SynQor, Inc.

Case No. _____ 16-2282 _____

## CERTIFICATE OF INTEREST

**Counsel for the:**
☐ (petitioner) ☐ (appellant) ☐ (respondent) ☒ (appellee) ☐ (amicus) ☐ (name of party)

SynQor, Inc.

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| SynQor, Inc. | N/A | None |
| | | |
| | | |
| | | |
| | | |
| | | |

4.  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

Klarquist Sparkman LLP:  Richard McLeod
Greenblum & Bernstein, P.L.C.:  Jill M. Browning, Arnold Turk, Gary V. Harkcom, Bruce H. Stoner

_____ July 13, 2016 _____     /s/  Russell E. Cass
**Date**     **Signature of counsel**

Please Note: All questions must be answered     Russell E. Cass
**Printed name of counsel**

cc:     Matthew A. Smith

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2016, a true and correct copy of the foregoing was timely filed with the Clerk of the Court using the appellate CM/ECF system, which will send notifications to all counsel registered to receive electronic notices.

/s/ Thomas D. Rein
Thomas D. Rein
*Counsel for Appellee SynQor, Inc.*